# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLLAR BANK, FEDERAL SAVINGS BANK, | ) Civil Action No. 2:08-cv-1524 |
| Plaintiff, | ) Judge Gary L. Lancaster |
| vs. | ) |
| EMIGRANT BANK, a New York Corporation, | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME **Dollar Bank, Federal Savings Bank** and **Emigrant Bank**, by and through their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1) and the confidential terms of a settlement entered into by the parties, jointly stipulate to dismissal with prejudice of this action, including all claims asserted therein.

| | |
|---|---|
| **The Webb Law Firm** | **Metz Lewis LLC** |

/s/John W. McIlvaine                          /s/Barry I. Friedman
John W. McIlvaine, III, Esquire           Barry I. Friedman, Esquire
Pa. I.D. No. 56773                              Pa. I.D. No. 50507
Daniel H. Brean                                  11 Stanwix Street, 18th Floor
Pa. I.D. No. 208711                            Pittsburgh, Pennsylvania 15222
436 Seventh Avenue                           Email: bfriedman@metzlewis.com
700 Koppers Building                         Phone: (412) 918-1100
Pittsburgh, Pennsylvania 15219
Email: litigation@webblaw.com
Phone: (412) 471-8815                       Attorney for Plaintiff, Dollar Bank, Federal Savings Bank

Bruce R. Ewing, Esquire (*pro hac vice*)     Dated: September 1, 2010
Sandra Edelman, Esquire (*pro hac vice*)
Dorsey & Whitney LLP
250 Park Avenue
New York, New York 10177
Email: ewing.bruce@dorsey.com
Phone: 215-415-9200

Attorneys for Defendant, Emigrant Bank

Dated: September 1, 2010

AND NOW, this __1st__ day of September, 2010, IT IS SO ORDERED.

_____
The Honorable Gary L. Lancaster,
Chief United States District Judge